UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 18-81589-CV-MIDDLEBROOKS
CASE NO. 18-81640-CV-MIDDLEBROOKS

HOMEAWAY.COM, INC.,

    Plaintiff,

v.

PALM BEACH COUNTY,

    Defendant.
_____/

AIRBNB, INC.,

    Plaintiff,

v.

COUNTY OF PALM BEACH,

    Defendant.
_____/

## ORDER FOLLOWING SCHEDULING CONFERENCE

THIS CAUSE is before the Court following a Scheduling Conference conducted on February 5, 2019. Upon consideration of the statements of the Parties and my review of the record as a whole, and for the reasons stated in open court, it is **ORDERED AND ADJUDGED** that:

(1) The Parties being in agreement, Defendant's Motion to Consolidate Cases in *Homeaway.com, Inc. v. Palm Beach County*, Case No. 18-81589-CV-DMM (DE 39) is **GRANTED**.

(2) The Parties being in agreement, Defendant's Motion to Consolidate Cases in *Airbnb, Inc. v. County of Palm Beach*, Case No. 18-81640-CV-DMM (DE 38) is **GRANTED**.

The Clerk of Court shall **CONSOLIDATE** Case No. 18-81640-CV-DMM into Case No. 18-81589-CV-DMM.

(3) The Clerk of Court shall **ADMINSITRATIVELY CLOSE** Case No. 18-81640-CV-DMM and **DENY AS MOOT** all pending motions in that matter.

(4) All future filings shall be made under **Case No. 18-81589-CV-DMM only**.

(5) The Parties **SHALL RESPOND** to this Order on or by **February 15, 2019**, informing the Court of their position on the possibility of proceeding in this case on an accelerated schedule, under which the Parties will forego preliminary motions and proceed directly to summary judgment motions. If the Parties are in agreement that they can proceed on an accelerated schedule, the Parties should also include (1) a proposed briefing schedule, including a proposed date for oral argument on the summary judgment motions, and (2) an indication of whether the Parties can stipulate to undisputed facts for purposes of summary judgment motions.

(6) Defendant's Motion to Join the Palm Beach County Tax Collector, Anne Gannon, as a Necessary and Indispensable Party (Case No. 18-81589-CV-DMM DE 26) is **DENIED**. I find that the Palm Beach County Tax Collector is not an indispensable party. However, if the Tax Collector wants to participate in this suit, I would be amenable to allowing permissive intervention.

**SIGNED** in Chambers in West Palm Beach, Florida, this 5 day of February, 2019.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Cc:   Counsel of record